[No. 47572-3-II.   Division Two.   December 20, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. HECTOR FRANCISCO SAAVEDRA RUIZ, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 14-1-00814-5, Kevin D. Hull, J., entered May 1, 2015. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Sutton, J.

[No. 47804-8-II.   Division Two.   December 20, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER POMA, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 12-1-01129-7, Michael H. Evans, J., entered April 17, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Maxa, A.C.J., and Johanson, J.

[No. 47932-0-II.   Division Two.   December 20, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD MAXFIELD BARNES, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 15-1-00001-1, Brian P. Altman, J., entered August 13, 2015. *Affirmed in part, reversed in part, and remanded with instructions* by unpublished opinion per Lee, J., concurred in by Maxa, A.C.J., and Johanson, J.

[No. 48117-1-II.   Division Two.   December 20, 2016.]

THE STATE OF WASHINGTON, *Appellant*, v. ANTHONY ELOY PEREZ, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 15-1-00107-1, David L. Edwards, J., entered August 3, 2015. *Affirmed in part, reversed in part, and remanded with instructions* by unpublished opinion per Johanson, J., concurred in by Bjorgen, C.J., and Melnick, J.